UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA CABONILAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERADIGM INC. and VERADIGM LLC,<br><br>Defendants. | Case No. 1:25-cv-12502 |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Lisa Cabonilas, by and through her undersigned counsel, hereby provides notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Veradigm Inc. and Veradigm LLC (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not served an answer or motion for summary judgment in this action.

|  |  |
|---|---|
| Dated: October 14, 2025 | Respectfully submitted,<br><br>**KIRBY McINERNEY LLP**<br><br>*/s/ Anthony F. Fata*<br>Anthony F. Fata<br>Cormac H. Broeg<br>211 West Wacker Drive, Suite 550<br>Chicago, IL 60606<br>Tel.: (312) 767-5180<br>afata@kmllp.com<br>cbroeg@kmllp.com<br><br>*Local Counsel for Plaintiff*<br><br>**BRAGAR EAGEL & SQUIRE, P.C.**<br>Melissa A. Fortunato<br>Casey C. DeReus<br>810 Seventh Avenue, Suite 620<br>New York, NY 10019<br>Tel: (212) 308-5858<br>fortunato@bespc.com<br>dereus@bespc.com<br><br>*Counsel for Plaintiff* |